MICHAEL F. KRIEGER (Utah Bar No. 5984)
*mkrieger@kmclaw.com*
JAMES T. BURTON (Utah Bar No. 11875)
*jburton@kmclaw.com*
JOSHUA S. RUPP (Utah Bar No. 12647)
*jrupp@kmclaw.com*
**KIRTON McCONKIE, P.C.**
1800 World Trade Center
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile:  (801) 321-4893

*Attorneys for Plaintiff PPS Data, LLC*

_____

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PPS DATA, LLC, <br><br> Plaintiff, <br> vs. <br><br> SECURE EDI HEALTH GROUP, LLC, <br><br> Defendant. | Case No.: 2:12-cv-00437-TS <br><br> Judge Ted Stewart (U.S.D.J.) <br> Judge Evelyn Furse (U.S.M.J.) |

### **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PPS Data, LLC and Defendant Secure EDI Health Group, LLC, by and through their counsel of record, hereby stipulate to the dismissal, with prejudice, of all claims, defenses and counterclaims in the above-captioned case.  The parties further stipulate that each party shall bear its own costs, expenses

and attorneys' fees.

DATED this 18th day of December, 2012.

    Respectfully Submitted,

    KIRTON McCONKIE, P.C.

    By /s/ James T. Burton
        James T. Burton
        *Attorney for Plaintiff*

    PARSONS BEHLE & LATIMER P.C.

    By /s/ David G. Magnum
        David G. Mangum

    GOODWIN PROCTER LLP

    By /s/ Michael G. Strapp
        Michael G. Strapp
        Srikanth K. Reddy
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2012, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

/s/ James T. Burton

4814-9956-8146.1